# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOHN MEGGS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, INC.,<br><br>　　　　　　Defendant. | Case No.<br>EDCV 17-0384 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, Plaintiff John Meggs' Motion for Default Judgment Against Gomez, Inc. is GRANTED. Plaintiff is AWARDED $4,000.00 in statutory damages under the Unruh Civil Rights Act. Judgment is entered in favor of Plaintiff.

　　IT IS FURTHER ORDERED that Defendant provide accessible parking spaces and renovate the interior counters, tables, and men's restroom at the property known as Los Alazanes Mexican Food, located at 15105 Seventh St., Victorville, California in accordance with the accessibility requirements of the Americans With Disabilities Act.

IT IS FURTHER ORDERED that Plaintiff mail a copy of this judgment and the Order concurrently filed therewith to Defendant. Plaintiff shall file Proof of Service with the Court within ten days of the date of the Order.

Dated: May 15, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge